**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EDDY G. PENA** | : | |
| **Plaintiff,** | : | **C.A. 05-527-S** |
| | : | |
| **VS.** | : | |
| | : | |
| **AMERIQUEST MORTGAGE** | : | |
| **COMPANY** | : | |
| **Defendant** | : | |

**MOTION FOR CONSOLIDATION OF ACTIONS**

Now comes the Plaintiff in the above referenced action and requests that the Court consolidate eleven (11) other actions which are pending in this judicial district involving virtually identical claims brought by Plaintiff's counsel against Defendant Ameriquest. A memorandum in support of this request is hereby attached and incorporated herein.

**WHEREFORE**, Plaintiff prays that his Motion to Consolidate be granted and that the Court consolidate the following cases: Richard Daneau v. Ameriquest Mortgage Company, C.A. No 05-528-T, Maria S. Eyre v. Ameriquest Mortgage Company, C.A. No 05-529-ML, Charles F. Parisi v. Ameriquest Mortgage Company, C.A. No 05-530-T, Karleen M. Frost v. Ameriquest Mortgage Company, C.A. No 05-531-S, Richard J. Silvia v. Ameriquest Mortgage Company, C.A. No05-532-ML, Joseph F. Creamer III v. Ameriquest Mortgage Company, C.A. No 05-533-ML, Maria O. Leclerc v. Ameriquest Mortgage Company, C.A. No 05-538-S, Patricia Leal v. Ameriquest Mortgage Company, C.A. No 06-40-T, Jason E. Gould v. Ameriquest Mortgage Company, C.A. No 06-41-S, Richard J. Silvia v. Ameriquest Mortgage Company, C.A. No 06-67-ML, Veronica I. Carney v. Ameriquest Mortgage Company, C.A. No 06-68-S and that all

All of the above referenced cases involve virtually identical pattern and practice evidence of the Defendant, Ameriquest in relation to the residential refinancing transactions referenced in each of the other 11 cases. Much of the discovery needed to litigate the claims of each individual Plaintiff(s) will be at least substantially similar or perhaps even identical to the discovery needed by the other 11 named Plaintiffs. Rule 42(a) of the Federal Rules of Civil Procedure, provides that:

> "When actions involving a common question or law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay."

It is respectfully suggested that consolidating all twelve cases will aid in a more orderly and efficient presentation of the legal issues to be adjudicated by the Court. Consolidation will streamline proceedings and be beneficial to all counsel involved in these actions.

Though Ameriquest has not yet filed an appearance in any of the 12 pending cases, the undersigned has been informed that attorney Bruce Allenworth from KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP at 75 State Street, Boston, MA 02109 will be entering his appearance in each of the named cases. Mr. Allenworth has informed the undersigned that he is in the process of obtaining local counsel to assist him in filing the necessary documentation for pro hac vice status.

Respectfully submitted,

Christopher M. Lefebvre
P.O Box 479
Two Dexter Street
Pawtucket, RI 02860
(401) 728-6060
(401)728-6534

**CERTIFICATION**

I hereby certify that a copy of the Memorandum in support of the Motion for Consolidation of Action was mailed on February 14th, 2006 to:

Bruce Allenworth
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EDDY G. PENA** | : | |
| **Plaintiff,** | : | **C.A. 05-527-S** |
| | : | |
| **VS.** | : | |
| | : | |
| **AMERIQUEST MORTGAGE** | : | |
| **COMPANY** | : | |
| **Defendant** | : | |

## MEMORANDUM IN SUPPORT OF THE MOTION FOR CONSOLIDATION OF ACTIONS

On December 20, 2005, the undersigned filed the above entitled action against the Defendant, Ameriquest Mortgage Company ( hereinafter "Ameriquest") in this Court seeking redress for alleged violations of the Federal Truth in Lending Act ( hereinafter "TILA") by the Defendant. *Subsequent* to this filing, the undersigned filed the following eleven (11) individual complaints against Ameriquest alleging virtually identical violations of the TILA:

Richard Daneau v. Ameriquest Mortgage Company, C.A. No 05-528-T
Maria S. Eyre v. Ameriquest Mortgage Company, C.A. No 05-529-ML
Charles F. Parisi v. Ameriquest Mortgage Company, C.A. No 05-530-T
Karleen M. Frost v. Ameriquest Mortgage Company, C.A. No 05-531-S
Richard J. Silvia v. Ameriquest Mortgage Company, C.A. No05-532-ML
Joseph F. Creamer III v. Ameriquest Mortgage Company, C.A. No 05-533-ML
Maria O. Leclerc v. Ameriquest Mortgage Company, C.A. No 05-538-S
Patricia Leal v. Ameriquest Mortgage Company, C.A. No 06-40-T
Jason E. Gould v. Ameriquest Mortgage Company, C.A. No 06-41-S
Richard J. Silvia v. Ameriquest Mortgage Company, C.A. No 06-67-ML
Veronica I. Carney v. Ameriquest Mortgage Company, C.A. No 06-68S

future pleadings involving any of the above referenced cases be filed under the caption and case number of the first filed case, Pena v. Ameriquest 05-527-S.

Respectfully submitted,

Christopher M. Lefebvre
P.O. Box 479
Two Dexter Street
Pawtucket, RI 02860
(401) 728-6060
(401)728-6534 FAX

**CERTIFICATION**

I hereby certify that a copy of the Motion for Consolidation of Actions was mailed on February 14th, 2006 to:

Bruce Allenworth
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109